H. Jayne Ahn, Esq.
California State Bar No. 234002
Law Office of H. Jayne Ahn
2005 De La Cruz Blvd. Ste. 265
Santa Clara, CA 95050
Telephone: (408) 982-0998
Facsimile: (408) 982-0997
Email: bankruptcy.law@mail.com

Attorney for Debtors

UNITED STATES BANKRTUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>    Shi Back Park and<br><br>    Jung Sook Park | Case No. 09-71138<br><br>Chapter 7<br><br>**MOTION FOR TURNOVER OF PROPERTY** |

Shi Park and Jung Park (hereinafter "Debtors"), pursuant to 11 U.S.C. §542, by and through their counsel of record, respectfully submit this Motion for Turnover of Property against TCF Equipment for its collection of $667 from the Debtors' deposit accounts on November 23, 2009, which was a property of the bankruptcy estate at the time and in support thereof, state as follows:

///

///

Motion for Turnover of Property
Case No. 09-71138
- 1 -

1. On November 20, 2009, the Debtors commenced a voluntary chapter 7 bankruptcy case in the United States Bankruptcy Court Northern District of California.

2. On the same date, Jung and Shi Corporation, which is wholly owned by the Debtors also filed for a chapter 7 bankruptcy case in the same court.

3. At the time of filing the two bankruptcy cases, TCF Equipment was included as one of the creditors holding claims against both Jung Park and Jung and Shi Corporation for a equipment lease and TCF Equipment was included on the Creditors' List.

4. On December 1, 2009, TCF Equipment withdrew $667.06 from the Debtors' Checking Account with Bank of America.

5. Pursuant to 11 U.S.C. §541, the commencement of a case under §301, 302, or 303 of this title creates an estate which is comprised of all legal or equitable interests of the debtor in property as of the commencement of the case, including all deposit accounts standing in the name of the Debtors.

6. The withdrawal of $667.06 from the Debtor's bank account by TCF Equipment on November 23, 2009 is collection of property of the bankruptcy estate by an entity, other than a custodian.

7. The chapter 7 bankruptcy trustee has not acted to recover this property of the estate.

///

///

///

///

///

Case: 09-71138    Doc# 12    Filed: 01/06/10    Entered: 01/06/10 15:41:53    Page 2 of 4

WHEREOF, THE DEBTOR RESPETFULLY MOVES THIS COURT:

1. Order TCF Equipment forthwith to turnover the property of the estate no later than 30 days after the first 341 meeting of creditors, which is scheduled to be held on December 30, 2009.

2. Order such other relief as is just and proper.

Dated: January 6, 2009

                                          /s/ H. Jayne Ahn
                                          Attorney for Debtors

Case: 09-71138   Doc# 12   Filed: 01/06/10   Entered: 01/06/10 15:41:53   Page 3 of 4

## Certificate of Service

I, the undersigned, declare that I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 2005 De La Cruz Blvd., Suite 265 Santa Clara, California 95050.

On January 6, 2010, I served a Motion for Turnover of Property on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Santa Clara, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business, addressed as follows:

TCF Equipment (Creditor)
Attn: Agent for Process of Service
11100 Wayzata Blvd. Suite 801
Minnetonka MN 55305-0000

Lois I. Brady Chapter 7 Trustee
P.O. Box 12754
Oakland, CA 94604

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service By Mail was executed on December 9, 2009, at Santa Clara, California.

Dated: January 6, 2009

                                                /s/ Michael Han Seo