H. Jayne Ahn, Esq.
California State Bar #234002
Law Office of H. Jayne Ahn
2005 De La Cruz Blvd. Ste. 265
Santa Clara, CA 95050
(408) 982-0998

Attorney for Debtors

UNITED STATES BANKRTUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 09-71138
Shi Back Park and )
Jung Sook Park, )
       Debtors. ) Chapter 7
)
) WITHDRAWAL OF DOCUMENT
) (MOTION FOR TURNOVER)
)
) [Hearing Not Required]

**Withdrawal of Motion for Turnover**

H. Jayne Ahn, Attorney for Debtors in this Bankruptcy Case, respectfully represents:

1. On or about January 6, 2010, I inadvertently filed a Motion for Turnover of Property in this bankruptcy case.

2. I hereby withdraw my Motion for Turnover.

Dated: January 25, 2009           /s/ H. Jayne Ahn

                                                           Attorney for Debtors